UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: Mijan Enterprises, Inc.<br>d/b/a Adams Marina<br>Debtor | Bk. No. 09-12765-JMD<br>Chapter 7<br><br>Hearing Date: 12/16/09<br>Hearing Time: 9:00 a.m. |

## MOTION UNDER SECTION 363(b) OF INTENT TO SELL PROPERTY
## [HEARING CONTINGENT UPON OBJECTIONS BEING FILED]

Notice is hereby given by Victor W. Dahar, Trustee for the Estate of Mijan Enterprises, Inc., that he is selling all his right, title and interest in the following vehicles to Cory Hill of 485 Elm Street, Manchester, New Hampshire for the sum of $3,000.00:

1. 1997 Dodge Ram 2500 Black Pickup truck
2. 1998 Dodge Ram 1500 Magnum Pickup truck
3. 2002 GMC Sierra K19 Pickup truck

These vehicles are dented, scratched and have high mileage.

The above personal property will be sold as is, as shown.

Any party who desires to offer the trustee more than $3,000.00 should submit the offer to the Trustee prior to November 27, 2009.

Notice is hereby given to all interested parties and creditors that they may object to this sale if they so desire.

If an objection is filed, a party in interest must file a written objection with the Clerk of the United States Bankruptcy Court, 1000 Elm Street, Suite 1001, Manchester, NH 03101, with a copy sent to the Trustee in Bankruptcy at the address below, and to the U.S. Trustee's Office by 4:30 p.m. on November 27, 2009. Objections must be in writing, giving the Debtor's name and case number and stating that the party filing it has an interest in the case and the reasons for the objection.

Notice is hereby further given that a hearing on this matter is contingent upon objections being filed.

NOTICE IS FURTHER GIVEN IF AN OBJECTION IS FILED, THE BANKRUPTCY COURT WILL HEAR THE OBJECTION ON DECEMBER 16, 2009 at 9:00 a.m. in the Bankruptcy Court, 1000 Elm Street, 11th Floor, Courtroom #2, Manchester, New Hampshire. Otherwise there will be no hearing on that date.

Dated: November 5, 2009

/s/ Victor W. Dahar
Victor W. Dahar,
Trustee in Bankruptcy
20 Merrimack Street
Manchester, NH   03101
BNH 01175

h:bankruptcy\mijanenterprises\motiontosell.doc